AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

SCOTT ALLEN SLOANE,

       Plaintiff,                JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  3:11-CV-00144-RCJ-VPC

E. K. McDANIEL, et al.,

       Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's [7] second amended complaint is DISMISSED for failure to state a claim for which relief may be granted.

| | |
|---|---|
| June 20, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |